| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5035 |
| 7 | Fax:  (408) 535-5066<br>E-Mail: grant.fondo@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00465 JF |
| v. | ) | |
| LITA DELARA,<br>    a/k/a Lita Delara Uyenco | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | No. CR-10-00467 JF |
| v. | ) | |
| JOHN NGUYEN, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA,<br>                          Plaintiff, | ) | No.CR-10-00468 JF<br>**STIPULATION FOR STATUS HEARING; [PROPOSED] ORDER** |
| v. | ) | Date: July 29, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel |
| ZOSIMO M. REYES, JR. | ) | |
| Defendant. | ) | |

1 | Currently the parties in <u>United States v. Delara</u> have a status hearing scheduled for July 29, 2010, at 9:00 a.m. This Court recently ordered the above-entitled matters related, vacated the next hearing dates in the Nguyen and Reyes matters, and directed the United States and those two defendants to renotice their hearings before this Court. Therefore, the United States and defendants Nguyen and Reyes respectfully request that this Court schedule their status hearings for July 29, 2010, at 9:00 a.m.

DATED: July 23, 2010

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney


_____/S/_____
GRANT P. FONDO
Assistant United States Attorney


_____/S/_____
ERIC R. KREBS
Counsel for Defendant Reyes


_____/S/_____
RICHARD J. CUTLER
Counsel for Defendant Nguyen


**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearings for defendants Nguyen and Reyes be scheduled for July 29, 2010, at 9:00 a.m.

IT IS SO ORDERED.

DATED: 7/26/10

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION                             2