MATTHEW J. JACOBS (SBN 171149)
mjacobs@velaw.com
KATHERINE C. KIM (SBN 240951)
kkim@velaw.com
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA  94301
Telephone:    650.687.8214
Facsimile:     650.618.2666

Attorneys for Defendant
JOHN NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN NGUYEN,<br><br>  Defendant. | Case No.  CR 10-00467 JF<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JUNE 23 TO JULY 21, 2011** |

Defendant John Nguyen, by and through his attorney Matthew J. Jacobs, and Plaintiff United States, by and through Assistant U.S. Attorney Grant P. Fondo, hereby stipulate and agree to request that the Court continue the hearing currently set for June 23, 2011 in the above-captioned matter to July 21, 2011 at 9 a.m.  The continuance is necessary because defense counsel is traveling on other matters and will be unable to attend.  The parties further stipulate and agree that it is in the interests of justice that the time between June 23, 2011 and July 21, 2011 is excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) because that time is necessary for the effective preparation of counsel.

/ / /

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 17, 2011 | VINSON & ELKINS LLP |
| | By: */s/ Matthew J. Jacobs* |
| | Matthew J. Jacobs |
| | Attorneys for Defendant<br>JOHN NGUYEN |
| Dated: June 17, 2011 | UNITED STATES OF AMERICA |
| | By: */s/ Grant P. Fondo* |
| | Grant P. Fondo |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

## [PROPOSED] ORDER

Pursuant to agreement and stipulation of the parties and for good cause shown, the Court HEREBY ORDERS that the hearing currently set for June 23, 2011 in the above-captioned matter is continued to July 21, 2011 at 9 a.m., and that the time between June 23, 2011 and July 21, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED**.

DATED: 6/20/11

_____
Honorable Jeremy Fogel
United States District Judge

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JUNE 23, 2011 TO JULY 21, 2011   - 2 -   CASE NO. CR 10-00467 JF

935468