FILED

NOV 3 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   GRANT P. FONDO (CABN 181530)
    Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5035
7     Fax:  (408) 535-5066
      E-Mail: grant.fondo@usdoj.gov
8
    Attorneys for Plaintiff
9

10              IN THE UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    SAN JOSE DIVISION

12

13   UNITED STATES OF AMERICA,          )
                                        )   No. CR-10-00467 DLJ
14                                      )
              v.                        )   MOTION TO DISMISS;
15                                      )   [PROPOSED] ORDER
     JOHN NGUYEN,                       )
16                                      )
                   Defendant.           )
17   _____)

18        The United States hereby moves to dismiss the above-entitled action, without prejudice.

19   On November 9, 2011, a superseding indictment was returned in the matter of U.S. v.

20   Valdovinos, et al., CR 11-00308 DLJ.  The superseding indictment added the defendant to case

21   no. 11-00308, with charges similar to, and related to, the charges in the above-entitled matter.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

MOTION TO DISMISS; [PROPOSED] ORDER
10-467

1

1   Therefore, the United States respectfully requests the Court dismiss the above-entitled matter,

2   without prejudice.

3

4   DATED: November 28, 2011              Respectfully submitted,

5                                        MELINDA HAAG
                                         United States Attorney
6

7

8                                        GRANT P. FONDO
                                         Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS; [PROPOSED] ORDER
10-467

2

1

[PROPOSED] ORDER

2  For good cause shown, the matter of U.S. v. Nguyen, CR 10-00467 DLJ is dismissed, without

3  prejudice.

4  IT IS SO ORDERED.

5

6

DATED:  Nov 30, 2011

7

8                                                      _____
9                                                      THE HONORABLE D. LOWELL JENSEN
                                                       United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS; [PROPOSED] ORDER
10-467